**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of Massachusetts
(State)

Case number (if known): _____ Chapter 7

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. Chapter of the Bankruptcy Code

   Check one:
   ☒ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. Debtor's name: **4Run3 Racing LLC**

3. Other names you know the debtor has used in the last 8 years

   Include any assumed names, trade names, or *doing business as* names.

4. Debtor's federal Employer Identification Number (EIN)

   ☒ Unknown

   EIN: \_\_ \_\_ — \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_

5. Debtor's address

   **Principal place of business**

   78 Center Square
   Number    Street

   _____

   East Longmeadow    MA    01028
   City               State  ZIP Code

   Hampden
   County

   **Mailing address, if different**

   Number    Street

   P.O. Box

   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   _____

   City    State    ZIP Code

Official Form 205     Involuntary Petition Against a Non-Individual     page 1

Debtor  4Run3 Racing LLC                                Case number (if known) _____
        Name

### 6. Debtor's website (URL)  _____

### 7. Type of debtor

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other type of debtor. Specify: _____

### 8. Type of debtor's business

Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the types of business listed.
☐ Unknown type of business.

### 9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?

☒ No
☐ Yes. Debtor _____ Relationship _____
   District _____ Date filed _____ Case number, if known _____
                                       MM / DD / YYYY

   Debtor _____ Relationship _____
   District _____ Date filed _____ Case number, if known _____
                                       MM / DD / YYYY

## Part 3: Report About the Case

### 10. Venue

Check one:

☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

### 11. Allegations

- Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

### 12. Has there been a transfer of any claim against the debtor by or to any petitioner?

☒ No
☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Official Form 205                   Involuntary Petition Against a Non-Individual                   page 2

Debtor  4Run3 Racing LLC
_____Name_____

Case number (if known) _____

## Part 3 (cont.)

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Smile Like Jack Memorial Fund, Inc. | Funds of Petitioner not remitted by Debtor | $ 7,000.00 |
| SMOC Open Pantry Community Services, Inc. | see above | $ 12,769.59 |
| Hampden County Bar Foundation, Inc. | see above | $ 3,489.50 |
| See additional names on Page 3(b) | | |
| | Total of petitioners' claims | $ 29,881.09 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

_____
Name

_____
Number   Street

_____
City          State    ZIP Code

Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number   Street

_____
City          State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

**Attorneys**

Jonathan R. Goldsmith, Esq.
Printed name

Goldsmith, Katz & Argenio, P.C.
Firm name, if any

1350 Main Street, Suite 1505
Number   Street

Springfield          MA      01103
City          State    ZIP Code

(413) 747-0700      jgoldsmith@gkalawfirm.com
Contact phone                Email

548285
Bar number

MA
State

X _____/signature/_____
Signature of attorney

Date signed  5/23/2024
MM / DD / YYYY

*(see Co-Counsel information of Page 3(a) attached)

Official Form 205    Involuntary Petition Against a Non-Individual    page 3

Debtor: 4Run3 Racing LLC                          Case Number (if known) _____

**Co-Counsel for Petitioners or Petitioners' Representative**

Katie Manzi McDonough, Esq.
Printed Name

Egan, Flanagan & Cohen
Firm name, if any

67 Market Street
Number    Street

Springfield             MA          01103
City                    State       ZIP Code

Contact phone (413) 737-0260   Email kmm@efclaw.com

Bar number  688053

State   MA

_____/s/_____
Signature of attorney

Date signed: 05/23/2024
              MM/DD/YYY

Page 3(a)

Debtor: 4Run3 Racing LLC                          Case Number (if known) _____

| 13. Each petitioner's claim | Name of Petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | Miles for Mary (STCC) Foundation | Funds of Petitioner not remitted by Debtor | $ 5,316.00 |
| | Junior League of Greater Springfield MA, Inc. | See above | $ 1,306.00 |

Page 3(b)

Debtor __4Run3 Racing LLC__
     Name

Case number (if known) _____

### Name and mailing address of petitioner

Name: Smile Like Jack Memorial Fund, Inc.

Number Street: 62-B School Street

City: Westfield    State: MA    ZIP Code: 01085

### Name and mailing address of petitioner's representative, if any

Name: Michael O'Brien (President)

Number Street: 532 Pine Road

City: East Otis    State: MA    ZIP Code: 01029

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5/23/2024 (MM/DD/YYYY)

X _[signature]_
Signature of petitioner or representative, including representative's title

Printed name: _____
Firm name, if any: _____
Number Street: _____
City: _____ State: _____ ZIP Code: _____
Contact phone: _____ Email: _____
Bar number: _____
State: _____

X _____
Signature of attorney

Date signed _____ (MM/DD/YYYY)

---

### Name and mailing address of petitioner

Name: _____
Number Street: _____
City: _____ State: _____ ZIP Code: _____

### Name and mailing address of petitioner's representative, if any

Name: _____
Number Street: _____
City: _____ State: _____ ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ (MM/DD/YYYY)

X _____
Signature of petitioner or representative, including representative's title

Printed name: _____
Firm name, if any: _____
Number Street: _____
City: _____ State: _____ ZIP Code: _____
Contact phone: _____ Email: _____
Bar number: _____
State: _____

X _____
Signature of attorney

Date signed _____ (MM/DD/YYYY)

---

Official Form 205     Involuntary Petition Against a Non-Individual     page 4

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:　　　　　　　　　　　　　　　　　)　　　　Involuntary
　　　　　　　　　　　　　　　　　　　)　　　　Chapter　7
4Run3 Racing LLC　　　　　　　　　　　)　　　　Case No.
　　　　　　　　　　　　　　　　　　　)
　　　　　　Debtor　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)

**STATEMENT OF CORPORATE OWNERSHIP**

As required by Fed.R.Bankr.P. 1007(a)(1), the debtor now files this Corporate Ownership Statement and reports as follows:

*(Check one box only.)*

- ☐ Debtor is not a "corporation" as defined in 11 U.S.C. §101(9).

- ☒ Debtor is a "corporation" as defined in 11 U.S.C. §101(9) but has no entities to report under Fed.R.Bankr.P. 1007(a)(1).

- ☐ Debtor is a "corporation" as defined in 11 U.S.C. §101(9), and the following corporations directly or indirectly own 10% or more of any class of the debtor's equity interests: (List corporations below.)

Name: _____

Address: _____

Name: _____

Address: _____

Name: _____

Address: _____

(For additional names, attach an addendum to this form.)

Dated: _____
Signature of Authorized Individual for Corporate Debtor/Party

MichAEl O'BRIEN
Printed Name of Authorized Individual for Corporate Debtor/Party

President
Title of Authorized Individual for Corporate Debtor/Party

Debtor    4Run3 Racing LLC    Case number (if known) _____

**Name and mailing address of petitioner**

Name: Open Pantry Community Services, Inc.
Number Street: 7 Bishop Street
City: Framingham    State: MA    ZIP Code: 01702

**Name and mailing address of petitioner's representative, if any**

Name: Susan Gentili (CEO)
Number Street: 7 Bishop ST
City: Framingham    State: MA    ZIP Code: 01702

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5/23/24

X _[signature]_
Signature of petitioner or representative, including representative's title

Printed name _____
Firm name, if any _____
Number Street _____
City _____ State _____ ZIP Code _____
Contact phone _____ Email _____
Bar number _____
State _____

X _____
Signature of attorney
Date signed _____ MM / DD / YYYY

---

**Name and mailing address of petitioner**

Name _____
Number Street _____
City _____ State _____ ZIP Code _____

**Name and mailing address of petitioner's representative, if any**

Name _____
Number Street _____
City _____ State _____ ZIP Code _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Printed name _____
Firm name, if any _____
Number Street _____
City _____ State _____ ZIP Code _____
Contact phone _____ Email _____
Bar number _____
State _____

X _____
Signature of attorney
Date signed _____ MM / DD / YYYY

Official Form 205    Involuntary Petition Against a Non-Individual    page 4

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

4Run3 Racing LLC

        Debtor

Involuntary
Chapter 7
Case No.

## STATEMENT OF CORPORATE OWNERSHIP

As required by Fed.R.Bankr.P. 1007(a)(1), the debtor now files this Corporate Ownership Statement and reports as follows:

*(Check one box only.)*

☐ Debtor is not a "corporation" as defined in 11 U.S.C. §101(9).

☐ Debtor is a "corporation" as defined in 11 U.S.C. §101(9) but has no entities to report under Fed.R.Bankr.P. 1007(a)(1).

☒ Debtor is a "corporation" as defined in 11 U.S.C. §101(9), and the following corporations directly or indirectly own 10% or more of any class of the debtor's equity interests: (List corporations below.)

Name: South Middlesex Opportunity Council, Inc.

Address: 7 Bishop St., Framingham, MA 01702

Name: _____

Address: _____

Name: _____

Address: _____

(For additional names, attach an addendum to this form.)

Dated: 5/23/24

Signature of Authorized Individual for Corporate Debtor/Party

Susan Gentili
Printed Name of Authorized Individual for Corporate Debtor/Party

President
Title of Authorized Individual for Corporate Debtor/Party

Debtor    4Run3 Racing LLC
         Name

Case number (if known) _____

**Name and mailing address of petitioner**

Name: Hampden County Bar Foundation, Inc.

Number  Street: 50 State Street, Room 137

City: Springfield    State: MA    ZIP Code: 01103

**Name and mailing address of petitioner's representative, if any**

Name: Noreen Nardi (CEO)

Number  Street: 12 Willow Circle

City: Easthampton    State: MA    ZIP Code: 01027

Printed name: _____

Firm name, if any: _____

Number  Street: _____

City: _____  State: _____  ZIP Code: _____

Contact phone: _____    Email: _____

Bar number: _____

State: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5/23/2024
            MM / DD / YYYY

X  *Noreen E Nardi CEO* (signed)
Signature of petitioner or representative, including representative's title

X _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

---

**Name and mailing address of petitioner**

Name: _____

Number  Street: _____

City: _____  State: _____  ZIP Code: _____

**Name and mailing address of petitioner's representative, if any**

Name: _____

Number  Street: _____

City: _____  State: _____  ZIP Code: _____

Printed name: _____

Firm name, if any: _____

Number  Street: _____

City: _____  State: _____  ZIP Code: _____

Contact phone: _____    Email: _____

Bar number: _____

State: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

X _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

Official Form 205    Involuntary Petition Against a Non-Individual    page 4

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

In re:  )  Involuntary
)  Chapter 7
4Run3 Racing LLC  )  Case No.
)
)
Debtor  )
)

## STATEMENT OF CORPORATE OWNERSHIP

As required by Fed.R.Bankr.P. 1007(a)(1), the debtor now files this Corporate Ownership Statement and reports as follows:

*(Check one box only.)*

☐ Debtor is not a "corporation" as defined in 11 U.S.C. §101(9).

☒ Debtor is a "corporation" as defined in 11 U.S.C. §101(9) but has no entities to report under Fed.R.Bankr.P. 1007(a)(1).

☐ Debtor is a "corporation" as defined in 11 U.S.C. §101(9), and the following corporations directly or indirectly own 10% or more of any class of the debtor's equity interests: (List corporations below.)

Name: _____

Address: _____

Name: _____

Address: _____

Name: _____

Address: _____

(For additional names, attach an addendum to this form.)

Dated: _____

_Noreen E. Nardi_
Signature of Authorized Individual for Corporate Debtor/Party

Noreen E. Nardi
Printed Name of Authorized Individual for Corporate Debtor/Party

CEO
Title of Authorized Individual for Corporate Debtor/Party

Case 24-30244    Doc 1    Filed 05/23/24    Entered 05/23/24 17:21:40    Desc Main
Document    Page 12 of 15

Debtor  4 Run 3 Racing LLC                    Case number (if known) _____

**Name and mailing address of petitioner**

Name: Mary Malone Regan Memorial Scholarship Committee
Number Street: 18 Bowdoin Street
City: Westfield   State: MA   ZIP Code: 01085

**Name and mailing address of petitioner's representative, if any**

Name: Elizabeth G. Malone
Number Street: 18 Bowdoin Street
City: Westfield   State: MA   ZIP Code: 01085

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5/23/2024

X /s/ Elizabeth G. Malone
Signature of petitioner or representative, including representative's title

Printed name _____
Firm name, if any _____
Number Street _____
City _____ State _____ ZIP Code _____
Contact phone _____ Email _____
Bar number _____
State _____

X _____
Signature of attorney
Date signed _____ MM / DD / YYYY

---

**Name and mailing address of petitioner**

Name: _____
Number Street: _____
City _____ State _____ ZIP Code _____

**Name and mailing address of petitioner's representative, if any**

Name: _____
Number Street: _____
City _____ State _____ ZIP Code _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Printed name _____
Firm name, if any _____
Number Street _____
City _____ State _____ ZIP Code _____
Contact phone _____ Email _____
Bar number _____
State _____

X _____
Signature of attorney
Date signed _____ MM / DD / YYYY

Official Form 205        Involuntary Petition Against a Non-Individual        page 4

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

4Run3 Racing LLC

      Debtor

Involuntary
Chapter 7
Case No.

## STATEMENT OF CORPORATE OWNERSHIP

As required by Fed.R.Bankr.P. 1007(a)(1), the debtor now files this Corporate Ownership Statement and reports as follows:

*(Check one box only.)*

[X] Debtor is not a "corporation" as defined in 11 U.S.C. §101(9).

[ ] Debtor is a "corporation" as defined in 11 U.S.C. §101(9) but has no entities to report under Fed.R.Bankr.P. 1007(a)(1).

[ ] Debtor is a "corporation" as defined in 11 U.S.C. §101(9), and the following corporations directly or indirectly own 10% or more of any class of the debtor's equity interests: (List corporations below.)

Name: _____

Address: _____

Name: _____

Address: _____

Name: _____

Address: _____

(For additional names, attach an addendum to this form.)

Dated: _____

_Elizabeth G. Malone_
Signature of Authorized Individual for Corporate Debtor/Party

_Elizabeth G. Malone_
Printed Name of Authorized Individual for Corporate Debtor/Party

_Committee Chair_
Title of Authorized Individual for Corporate Debtor/Party

Debtor  4Run3 Racing LLC
     Name

Case number (if known) _____

**Name and mailing address of petitioner**

Name: Junior League of Greater Springfield, MA., Inc.
Number Street: Post Office Box 2634
City: Springfield  State: MA  ZIP Code: 01101

Printed name: _____
Firm name, if any: _____
Number Street: _____
City: ___ State: ___ ZIP Code: ___
Contact phone: ___ Email: ___
Bar number: ___
State: ___

**Name and mailing address of petitioner's representative, if any**

Name: Laura A. Hanratty, Ph.D. as Vice President and President Elect
Number Street: 32 Baymore Drive
City: East Longmeadow  State: MA  ZIP Code: 01028

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5/23/2024
    MM / DD / YYYY

X _[signature]_
Signature of petitioner or representative, including representative's title

X _____
Signature of attorney
Date signed ___ MM / DD / YYYY

---

**Name and mailing address of petitioner**

Name: _____
Number Street: _____
City: ___ State: ___ ZIP Code: ___

Printed name: _____
Firm name, if any: _____
Number Street: _____
City: ___ State: ___ ZIP Code: ___
Contact phone: ___ Email: ___
Bar number: ___
State: ___

**Name and mailing address of petitioner's representative, if any**

Name: _____
Number Street: _____
City: ___ State: ___ ZIP Code: ___

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
    MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

X _____
Signature of attorney
Date signed ___ MM / DD / YYYY

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

4Run3 Racing LLC

Debtor

Involuntary
Chapter 7
Case No.

STATEMENT OF CORPORATE OWNERSHIP

As required by Fed.R.Bankr.P. 1007(a)(1), the debtor now files this Corporate Ownership Statement and reports as follows:

*(Check one box only.)*

☐ Debtor is not a "corporation" as defined in 11 U.S.C. §101(9).

☒ Debtor is a "corporation" as defined in 11 U.S.C. §101(9) but has no entities to report under Fed.R.Bankr.P. 1007(a)(1).

☐ Debtor is a "corporation" as defined in 11 U.S.C. §101(9), and the following corporations directly or indirectly own 10% or more of any class of the debtor's equity interests: (List corporations below.)

Name: _____

Address: _____

Name: _____

Address: _____

Name: _____

Address: _____

(For additional names, attach an addendum to this form.)

Dated: _____

Signature of Authorized Individual for Corporate Debtor/Party

Laura A Hanratty, PhD
Printed Name of Authorized Individual for Corporate Debtor/Party

Vice President and President Elect
Title of Authorized Individual for Corporate Debtor/Party