

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| In re: | 4Run3 Racing LLC | Ch. 7 |
|---|---|---|
| | Debtor(s). | 24-30244-EDK |

## Proceeding Memorandum and Order

**MATTER:**
#5 Emergency Motion of Petitioning Creditors for the Appointment of an Interim Trustee prior to the Order of Relief

**Decision set forth more fully as follows:**

GRANTED. PETITIONING CREDITOR'S COUNSEL IS DIRECTED TO SUBMIT TO EDK@MAB.USCOURTS.GOV A PROPOSED ORDER, IN WORD FORMAT, CONSISTENT WITH REMARKS MADE DURING THE HEARING HELD THIS DATE

Dated: 06/07/2024

By the Court,

Elizabeth D. Katz
United States Bankruptcy Judge