UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:    4Run3 Racing LLC ,<br>         Debtor | Chapter: 7<br>Case No: 24−30244<br>Judge Elizabeth D. Katz |

# ORDER FOR RELIEF

    On consideration of the creditors petition filed on **MAY 23, 2024** against the above−named debtor, and it appearing that summons was issued and served upon the debtor on **MAY 24, 2024 and MAY 30, 2024** and no Answer or other   responsive pleading having been filed, an **ORDER FOR RELIEF** under Chapter 7 of Title 11, United States Code, is hereby **ENTERED**.

Date:   6/17/2024

By the Court,

_Elizabeth D. Katz_
U.S. Bankruptcy Judge

15