UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(WESTERN DIVISION)

In re:

4RUN3 RACING LLC,

Debtor.

Chapter 7
Case No. 24-30244-EDK

### ORDER APPROVING APPLICATION FOR AUTHORITY TO EMPLOY MIRICK, O'CONNELL, DeMALLIE & LOUGEE, LLP AS COUNSEL TO THE CHAPTER 7 TRUSTEE

Upon the application dated June 28, 2024 (the "Application") of Joseph H. Baldiga, Chapter 7 trustee (the "Trustee"), and upon the affidavit of Joseph H. Baldiga attached to said Application; and it appearing that Mirick, O'Connell, DeMallie & Lougee, LLP ("MODL") is qualified to serve as counsel to the Trustee, and it appearing that MODL neither holds nor represents any interest adverse to the Debtor or to the Trustee in connection with this Chapter 7 bankruptcy case and is a "disinterested person" within the meaning of United States Bankruptcy Code § 101(14), and that MODL's employment is in the best interests of this bankruptcy estate, no objections having been filed or any objections being hereby overruled, it is hereby:

ORDERED, that the Trustee is authorized to employ and retain MODL to serve as his counsel in the above-captioned Chapter 7 bankruptcy case and to perform all of the services described in the Application. All compensation and expenses are subject to Court approval.

Dated: _____July 16_____, 2024

_____
Honorable Elizabeth D. Katz, Chief Judge
United States Bankruptcy Court

1

4876-3103-2525, v. 1