

OOFOS INC  
MS119 PO Box 989746  
W. Sacramento CA 95798  
United States

# Statement

7/1/2024

**Billing Address**  
4RUN3  
78 Center Square  
East Longmeadow MA 01028  
United States

|  | Amount Due |
|---|---|
|  | $5,413.85 |

| Type | Date | Transaction # | PO Ref Number | Due Date | Days Overdue | Orig. Amount | Amount Due |
|---|---|---|---|---|---|---|---|
| Invoice | 5/15/2023 | INV00719714 | OOFOS051523 | 7/14/2023 | 353 | $3,168.00 | $1,668.00 |
| Invoice | 7/12/2023 | INV00732928 | OOFOS070123 | 9/10/2023 | 295 | $3,745.85 | $3,745.85 |

| Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Amount Due |
|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $5,413.85 | $5,413.85 |



Pay With Paystand